JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
MICHAEL PROVOST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MICHAEL PROVOST,<br><br>  Plaintiff,<br><br>  v.<br><br>Kilolo Kijakazi,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant._____/ | No.   2:21-cv-00512-AC(SS)<br><br>MOTION AND  [proposed]<br>ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff Michael Provost, through his undersigned counsel, moves the Court for an extension of time to January 24, 2022, to file his motion for reply brief.

This is a first request. Opposing counsel has been contacted and does not object. Aside from other work, the undersigned has at least five other federal court briefs, including one for the Ninth Circuit, falling due between now and this proposed date.

[Pleading Title] - 1

| | |
|---|---|
| Dated:   December 23, 2021 | /s/    *Jesse S. Kaplan* <br> JESSE S. KAPLAN <br> Attorney for Plaintiff |

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is GRANTED. Plaintiff's brief is due January 24, 2022.

SO ORDERED.

Dated: December 27, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE