PHILIP A. TALBERT
Acting United States Attorney
CHRISTOPHER HARRIS
Acting Regional Chief Counsel, Region VI
Social Security Administration
KENDALL REES WA bar #20030
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: 214.767.3757
    E-Mail: Kendall.Rees@ssa.gov
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Of Counsel
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL JAMES PROVOST,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:21-cv-00512-AC (SS)<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [**~~PROPOSED~~**] ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. In doing so, the ALJ will offer Plaintiff the opportunity for a new hearing,

take further action as necessary to complete the administrative record, and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 4th day of March 2022.

Dated:  March 4, 2022               */s/ Jesse S. Kaplan*
                                    Jesse S. Kaplan
                                    Attorney for Plaintiff
                                    *Authorized via e-mail on March 4, 2022

Dated:  March 4, 2022               PHILIP A. TALBERT
                                    Acting United States Attorney
                                    CHRISTOPHER HARRIS
                                    Acting Regional Chief Counsel, Region VI
                                    Social Security Administration
                                    PETER K. THOMPSON
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration
                                    Of Counsel

                            By:     /s/ Kendall Rees
                                    KENDALL REES
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: March 7, 2022               _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:21-cv-00512-AC